IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| STANLEY G.W. HARMON, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:15cv00146 |
| | ) | |
| DIRECTOR OF D.O.C., | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| Respondent. | ) | |

**ORDER**

By order entered April 3, 2015, the court conditionally filed Harmon's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. In the conditional filing order, the court ordered Harmon to pay the filing fee or to apply to proceed *in forma pauperis*. The court advised Harmon that failure to comply with the court's order within ten days would result in the dismissal of his petition without prejudice. Harmon has not responded to the court's order. Inasmuch as the time to respond has passed and Harmon has failed to comply with the court's order, it is hereby ORDERED that this action is DISMISSED without prejudice and STRICKEN from the active docket of this court. Harmon may re-file his claims in a separate action.

The Clerk of the Court is directed to send a copy of this order to petitioner.

Entered: April 28, 2015.

*Elizabeth K. Dillon*
United States District Judge